■ The People of the State of New York, Respondent, v Peter J. Viana, Appellant. [23 NYS3d 925]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered March 2, 2011. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, Centra, Carni and Scudder, JJ.